## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

TIMOTHY W. STRATTON                                      PETITIONER

v.                                                      No. 1:20CV163-GHD-RP

JOE ERRINGTON                                            RESPONDENT

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the State's motion to

dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with

prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the _24th_ day of August, 2021.

_____

SENIOR UNITED STATES DISTRICT JUDGE